O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GENE ROBINSON,<br><br>                Plaintiff,<br><br>                v.<br><br>EXCEL SHARRIEFF, et al.,<br><br>                Defendants. | Case No. 2:22-00806 CAS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint (Dkt. No. 66), Defendants' Motion to Dismiss Third Amended Complaint (Dkt. No. 69), and the Report and Recommendation of United State Magistrate Judge, (Dkt. No. 78). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

      Accordingly, IT IS HEREBY ORDERED:

      1.    The Report and Recommendation (Dkt No. 78) is accepted;

      2.    The Defendants' Motion to Dismiss (Dkt. No. 69) is granted;

3.  The case is dismissed in its entirety; and

4.  Judgment is to be entered accordingly.

DATED: March 21, 2025

*Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
United States District Judge