JS-6

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   RONALD GENE ROBINSON,              Case No. 2:22-00806 CAS (ADS)

12                 Plaintiff,

13          v.                          JUDGMENT

14   EXCEL SHARRIEFF, et al.,

15                 Defendants.

16

17        Pursuant to the Court's Order Accepting United States Magistrate Judge's Report

18   and Recommendation, the Court adjudges the above-captioned case dismissed in its

19   entirety.

20

21   DATED:   March 21, 2025          

22                                    _____

23                                    THE HONORABLE CHRISTINA A. SNYDER
                                      United States District Judge

24